IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 14-323-1 |
| WILLIAM DORSEY | : | |
| | : | |
| | : | |

**ORDER**

    This 16th day of February, 2021, it is hereby **ORDERED** that Defendant's Motion for Reconsideration of the Denial of His Request for Compassionate Release, ECF 1202, is **DENIED** for the reasons set forth in the accompanying memorandum. It is further **ORDERED** that Defendant's Request for Appointment of Counsel is **DENIED**.

                                                    /s/ Gerald Austin McHugh
                                                   United States District Judge