IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-1 |
| **WILLIAM DORSEY** | : | |
| | : | |
| | : | |

**ORDER**

This 23rd day of March, 2021, it is hereby **ORDERED** that Defendant's Supplemental Motion in Support of his Motion to Vacate under 28 U.S.C. § 2255, ECF 1182, is **DENIED**.

   /s/ Gerald Austin McHugh
United States District Judge

1